LOCAL BANKRUPTCY FORM 1007-1(c)
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

**IN RE:**

|  |  |
|---|---|
| **Jeffrey M Miller** | : CHAPTER 13 |
| **Alyse E Miller** | : |
|  | : CASE NO. 25-12476-DJB |
| **Debtor(s)** | : |

## CERTIFICATION OF NO PAYMENT ADVICES
pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, _____Jeffrey M Miller_____, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

_____I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

_____I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

_____My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.
I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

__X__I did not receive payment advices due to factors other than those listed above. (Please explain):        Umemployed

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated:  08/07/2025

_____
Debtor