United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 25-12476-djb |
|---|---|
| Jeffrey M Miller | Chapter 13 |
| Alyse E Miller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: 155 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffrey M Miller, Alyse E Miller, 104 Rampart Place, Ambler, PA 19002-2860 |
| 15026525 | + PENNYMAC LOAN SERVICES, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15020829 | + Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15034626 | Email/PDF: bncnotices@becket-lee.com | May 01 2026 03:02:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15020834 | Email/PDF: bncnotices@becket-lee.com | May 01 2026 03:02:58 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 15020835 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 01 2026 02:56:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15038958 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 01 2026 02:56:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15020836 | Email/Text: BarclaysBankDelaware@tsico.com | May 01 2026 02:57:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15020837 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2026 03:02:56 | CAP1/Kohls Dept Store, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15020833 | Email/Text: megan.harper@phila.gov | May 01 2026 02:57:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15083550 | Email/Text: megan.harper@phila.gov | May 01 2026 02:57:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15020838 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2026 03:02:37 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15025751 | Email/Text: mrdiscen@discover.com | May 01 2026 02:57:00 | Capital One, N.A., successor by merger to Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15020839 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2026 03:02:47 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 15036441 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2026 03:03:03 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15020840 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2026 03:03:03 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |

District/off: 0313-2    User: admin    Page 2 of 4

Date Rcvd: Apr 30, 2026    Form ID: 155    Total Noticed: 43

| 15020841 | Email/PDF: creditonebknotifications@resurgent.com | May 01 2026 03:02:38 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15020842 | Email/Text: mrdiscen@discover.com | May 01 2026 02:57:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15020843 | Email/Text: GenesisFS@ebn.phinsolutions.com | May 01 2026 02:57:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15020844 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 01 2026 02:57:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 15020826 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 01 2026 02:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15028690 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 01 2026 02:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15035684 | + Email/Text: RASEBN@raslg.com | May 01 2026 02:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15042332 | Email/Text: BNCnotices@dcmservices.com | May 01 2026 02:57:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15020845 | Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2026 03:02:56 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 15041915 | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2026 03:02:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15038022 | + Email/Text: bankruptcydpt@mcmcg.com | May 01 2026 02:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15020846 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | May 01 2026 02:57:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 15039547 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | May 01 2026 02:57:00 | Nissan-Infiniti LT LLC, fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 15020847 | Email/Text: bankruptcy@td.com | May 01 2026 02:57:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15036795 | + Email/Text: JCAP_BNC_Notices@jcap.com | May 01 2026 02:57:00 | Nordstrom, Inc., Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15026449 | ^ MEBN | May 01 2026 02:43:44 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15043233 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2026 03:02:39 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15020827 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | May 01 2026 02:57:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15020830 | ^ MEBN | May 01 2026 02:44:20 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15038371 | + Email/PDF: ebnotices@pnmac.com | May 01 2026 03:03:03 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15020848 | Email/PDF: ebnotices@pnmac.com | May 01 2026 03:03:03 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 15020832 | + Email/Text: bankruptcy@philapark.org | May 01 2026 02:57:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15029406 | Email/Text: bnc-quantum@quantum3group.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: 155 | Total Noticed: 43 |

| | | May 01 2026 02:57:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|
| 15035493 | Email/Text: bncmail@w-legal.com | May 01 2026 02:57:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 15020849 | Email/Text: bncmail@w-legal.com | May 01 2026 02:57:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 15020831 | + Email/Text: usapae.bankruptcynotices@usdoj.gov | May 01 2026 02:57:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15020828 | ^ MEBN | May 01 2026 02:43:40 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15034627 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15034628 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15034629 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15034630 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15034631 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15034632 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15028986 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15029907 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Jeffrey M Miller brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Alyse E Miller brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2

User: admin

Page 4 of 4

Date Rcvd: Apr 30, 2026

Form ID: 155

Total Noticed: 43

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Jeffrey M Miller | ) | Case No. 25−12476−djb |
| | ) | |
| | ) | |
|    Alyse E Miller | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 30, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court